November 12, 2016

Your Honor,

My name is Alicia Peak, and I am the mother of Rushaun Brown the young man appearing before your court.

Your Honor I am writing this letter as the mother of Rushaun, I refuse to be bias, therefore I will not add to his character nor will I take from it.

I was only 16 year old when I gave birth to Rushaun back in Jamaica, West Indies on April 13, 1992. Rushaun dad was never a part of his life as he left to reside in the USA when Rushaun was only months old. With the help of God and my immediate family members such as my mother and sisters we worked very hard came together and gave Rushaun a pretty decent life one which included going to one of the best Kindergarten and Elementary Schools in Jamaica.

Rushaun was around 12 year old when we migrated to the USA. Being the enthusiastic person he is Rushaun was so excited to start school and join his school soccer team. But unfortunately things was not as he expected. It was a struggle in school from day one. Rushaun was constantly bullied, beat up on, called out side of his name, mocked for not wearing the latest gears to school and above all he had a hard time making friends at school. Rushaun started cutting classes and overtime he dropped out of school. On many attempts I tried to convince him to go back to school because I know he is capable to do well in school but instead he started looking for jobs. He had very little success as he did not have a high school diploma or G.E.D.

Your Honor, I know my son is not a perfect child and yes he has done many wrongs, the main reason why he is before you in court, but I just want you to give you an idea of what type of person Rushaun is. My son is a loving, caring, kind, and respectful, mannerable, God fearing, and pleasant young man. I remember living on 227 and Carpenter Avenue in the Bronx my neighbors and landlord use to compliment me all the time on how good of a child Rushaun is, because no matter how much of a rush he is in, he is never too busy to greet and hug the neighbors, helping them to carry their grocery. When I take Rushaun to church he would display the same behavior. I never had one person complaining to me about Rushaun being bad or misbehaving even in school his teachers would say he is very quiet and well manners.

Your Honor, Rushaun has three children, twin girls Kymora and Kaior who is 5 years old and a son Khyree who just made 10 months old. Rushaun loves his children dearly he was there for their birth and as always been there for them. My biggest fear as the grandmother of these children is that the same thing that happened to me with will happen to their mothers. Your Honor, I know what is like to be a single mother struggling to make ends meet it was rough and especially when I was in college studying to improve my life Rushaun was left unsupervised many a times which I believe is one of the reason he is before you in court. I believe these children deserve to have their father around and him being able to be a part of their lives.

Rushaun has the characteristics and traits to be a promising and successful young man in society if given a second chance to. We always have conversations about him pursuing a career in

EXH 1

plumbing even though computers is his first love. Your Honor, without a doubt I know Rushaun has accepts his wrongs and learned his lesson and is truly sorry for his actions of breaking the law. I believe he is ready to put this all behind him, move forward to improving his life so that he can be someone of substance in our society.

Your Honor, I am apologizing to the court and seeking leniency on Rushaun sentencing. I am asking on the behalf of my three grandchildren, his 77 year old grandmother who is asking for him every day because she is not aware of his troubles, my daughter Ariela who misses her brother every day and can't wait for him to come home so he can bake her a cake and last but not least myself. Your Honor, I promise I will do whatever I have to do to help him transition and get his life back together. Please consider my request. Thank you for taking the time out to read this letter should you have questions or concern please feel free to contact me in writing or via phone.

Sincerely,

Alicia Peak

Mount Vernon, NY 10550

aapeak76@gmail.com

914 433 8851

# ATTN: Rushaun Brown

November 15, 2016

My name is Keiva Kelshall. I am the mother of Rushaun Browns' 10 month old son. Rushaun and I have been together for 4 years. I will not pretend like he is perfect but he is far from a bad person. Just like a majority of our youth he was caught up with the wrong people and in the wrong places at the wrong time. For the past year I've seen a huge change in Rushaun. He stopped hanging out and has been home assisting me with our son. Since this indictment things have been hard on me due to the lack of help. Rushaun also has twin daughters whom he used to help look after as well. Rushaun is surrounded by people who loves him and motivates him to overcome his surroundings. He was well brought up and an active church member. I strongly believe he does not belong in a prison. He belongs at home with his family. Before Rushaun was incarcerated he obtained a job in a stores stock room. This job gave him a stable income in which he was able to provide for himself and his children. As I stated before he is not perfect but far from a bad person. Rushaun is the average man who wants to provide for his family. Being incarcerated he cannot do that. Despite the things that they are saying that he may have done I hope whomever reads this letter can see that he is not a bad young man and deserves to come home.



**DATA INDUSTRIES**

November 4, 2016

Dear Sir or Madam,

Hello. I am writing in regards to Rushaun Brown who is appearing before your court.

I felt impelled to write to your honor to express my strong feelings in regards to the character of Rushaun. I feel strongly about Rashaun, and about his future, and I want to try to make you feel the same way.

Rushaun is a person of good moral character. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. I have known Rushaun for eight years, and in that time I have seen go through ups and downs, but all the while I have been convinced that he is a decent person at the core. He just needs more people to believe in him so that he can become the person I know he can be. Rushaun approached me in the summer of 2008 and expressed his interest in a possible career in information technology primarily desktop computing. He seemed to be passionate about this and applied for a summer internship with Data Industries, Ltd. That summer he worked with the integration team I saw a young man who was highly motivated and willing to learn. He performed beyond our expectations, going far beyond what was requested meeting the challenge of starting a new career.

It is my opinion that he has made mistakes, and he is incredibly remorseful, and is willing to do whatever it takes to make reparations, financially and emotionally, if possible. But to do that, he needs you to give him an opportunity to get a second chance. I recognize that he broke the law, and I do not believe that he should get off without punishment. However, it is my sincere appeal that when making a decision regarding this young man, you recognize the possibility of a bright future for him and potential positive contribution to society and his children.

Please feel to contact me if you have any questions, or need additional information.

Thank you.

Regards,

Rob Moore
Director, Technical Operations
Data Industries, Ltd.
1370 Broadway, 5th Floor
New York, N.Y. 10018
(212) 471-1000 office
rmoore@dataind.com

EXH. 3

November 3, 2016

To whom it may concern:

**RE: Ru-shaun Brown**

Your Honor,

My name is Sherrie Dehaney and I have been a lifelong friend of Ru-shaun Brown's mother Alicia Peak for many years. Our friendships have grown to where many would call us family. Although we are not blood related, Ru-shaun is like a son to me. Ru-shaun Brown and my son George Foster has been childhood friends and remained close during their elementary school and during their teenage to adult lives. As a family we have shared many family dinners, sleepover and outings together.

Ru-shaun comes from a Christian home and very tight knit family who have always been supportive of him. I understand the trouble Ru-shaun Brown is in due to the choices he has made in his teenage years. But he certainly understands that he has done wrong and expresses regrets at his actions. He would like to learn from this experience and move forward with his life. I trust and believe Ru-shaun has learned from his mistakes and I honestly believe that an extended prison term will serve as a tremendous hardship on his mother who bears the responsibility of helping with his children.

Your Honor, I'm asking for your leniency in Ru-shaun's sentences so he can be there for his children and be an upstanding citizen. He has big dreams for his children and he's always there for his family. Ru-shaun has a bright future ahead of him. He is a good man-he is honest, loyal and trustworthy. Please allow him to be a part of our society as he's not a menace to society. To know this young man is to love him.

Thank you in advance for taking the time out to read this letter and your consideration.

Respectfully yours,

Sherrie Dehaney

EXH 4

 

# The Solid Rock International Ministries
### 251 West First Street, Mount Vernon, New York 10550
#### Dr. Sonia Chambers-Barrett, Senior Pastor
*"On Christ The Solid Rock We Stand"*

**Overseer · Senior Pastor**
Dr. Sonia Chambers-Barrett

**Executive Board**
Deacon E. Barrett
Bishop D. Walch
Deacon L. Sewell
Missionary F. Walch
Mother B. Green
Minister P. Forbes
Sister D. White
Sister M. Brown
Sister M. Sewell
Sister S. Davis

**Ministers**
P. Forbes
C. Wilson

**Evangelist**
K. Barr-Blake
C. Herbert
A. McIntosh

**Missionary**
Sister D. Poyser
Sister F. Walch

**Deacons**
E. Barrett
L. Sewell

**Secretary**
M. Sewell
C. McLaren

**Pastors Personal Secretary**
M. McIntosh

**Treasury Department**
Mother B. Green
Sister M. Brown
Sister D. White

November 7, 2016

TO WHOM IT MAY CONCERN:

I am writing on behalf of Mr. Rushaun Brown, whom I have known over eight years and his mother Ms. Alicia Peak a member and Sunday School teacher of The Solid Rock International Ministries. He also visits the church.

He is a loving, caring and kindhearted son and father to his three children.

I am asking for leniency on his behalf, because he shows love and respect to the elderly and is also very helpful in taking care of them.
He also shows the ability of accomplishing great and a loving and caring father.

If further information is required, feel free to contact me at the above.

Yours truly,

*Sonia Chambers*
Overseer/Pastor

EXH 5

E-Mail: pastorbarrett44@yahoo.co • Phone: 914-363-9318

Novelette Morgan
████████████r.
Tampa, FL 33647
Cell: (813)727-1747
Simpsontamp4@msn.com

Your Honor:

I have personally known Rushaun Brown for over 24 years, and I am delighted to provide this Character Reference Letter on his behalf. Rushaun's family and my family lived in the same community; I happen to know him from the moment he was born. His mother and her family are upstanding citizens who upheld the laws of the community and the country in which we lived. His parents and grandmother are God-fearing disciplinarians, people of high moral conduct, family oriented, and law abiding citizens: and I can emphatically assure you that all those traits were instilled in Rushaun from the moment he was born.

With good fortune, Rushaun's family and I happened to migrate to the United States of America, and we all kept our bond of friendship: I am fortunate to watch him transform from a wonderful kid into an adult. Of course, as teenagers, some of us tend to get curious to explore what goes on in the world, which may at times lead us to hang with the wrong crowd, subsequently making bad choices. However, with stern and praying parents, we tend to realize our mistakes and resort back to the principles on which we were raised: this is Rushaun's current situation.

I still see him as the child he was: that kind, loving child who love his mother, his children, his families and friends with all his heart; he is very respectful, genuine, helpful, hardworking, and jovial - he is one of the grown man in today's world with a gentle heart. It is because of those traits, I am sincerely asking for your leniency on your sentencing for the mistake he had made and give him a second chance to get his life back.

Thank you.

*/signature/*

Sincerely,

Novelette Morgan

EXH 6

# Khaaliah Bar-Blake

~~326 164th Avenue~~, Laurelton NY 11413
917-572-1391 ~~[email]~~

November 4, 2016

To Whom It May Concern:

I am writing this letter to urge leniency on behalf of Rushaun Brown.

I have come to know Rushaun through his mother Alicia Peak. Alicia and I attend church together for over the past six years. During those years I have met and spoke with Rushaun for quite a number of time. I would constantly commend Alicia on what a fine young man she has grown.

When Rushaun visits our church he would always volunteer to give up his seat for an elder. Our conversations would be about his purpose in the kingdom of God. He is has not given his live fully over to the Lord but I can see the hands of God upon his life. His exchanges are conscious and mature, optimistic and filled with positive affirmations of how he is striving to be a better person daily.

This young man's future is promising and he truly deserves a second chance.

If you require any other information, please feel free to contact me anytime.

Sincerely,

*[signature]*

Khaaliah Barr-Blake

EXH 7

Aricia A.D. Osbourne
114 Valentine Street
Mt. Vernon, NY 10550

Your Honor,

My name is Aricia Osbourne. I am Rushaun Brown's sister. Rushaun is a pleasant, giving, and loving brother. I love him with all my heart. Company and friends brought him to this place, but I'm sure he is surely sorry for what he has done.

I am asking for you to give him another chance so he can come home to his three children, mom and I so that we can be a family again.

Thank you for your help. I am looking forward to see my brother soon.

Sincerely,
Aricia Osbourne

EXH 8



United States Department of Justice
Federal Bureau of Prisons

Certificate of Achievement in Drug Education

**RUSHUN BROWN**

has satisfactorily completed the requirements for the forty hour **DRUG ABUSE EDUCATION COURSE** and is hereby awarded this

D.A.P. Coordinator

Date: 9/2/2016

Drug Treatment Specialist

EXH 9



November 15, 2016

To Whom It May Concern,

My name is Antonio Hendrickson, founder of Lead by Example & Reverse the Trend Inc.(LBERTTInc), Self Improvement Violence Prevention Mentoring Program. We are a Non for Profit CBO service provider for at risk youth, teens and young adults. LBE & RTT Inc., is a self improvement program in which our goal is to strategically address our community needs by implementing a direct hands on approach to a wide variety of communal concerns and issues. The program deals with the individual, morality, & values which helps attack the heart of problems.

I am writing this letter on behalf of Rushaun Brown, who has completed an eight week course with LBE & RTT Inc., at the Metropolitan Correctional Center.  We are willing to receive him into our organization as a credible messenger to help with the violence prevention and social emotional learning part of our program.  Through redirection and empowerment, enhancing communication and social skills, our mentors/messengers help young people become positive, assertive adults who have a strong sense of self- awareness and their true potential.  For more inforamtion please view our website @ http://www.leadbyexamplereversethetrend.org/

LBE & RTT Inc., believes that Mr. Brown will be very instrumental with the progress of the program and willingly assist where he's needed.  It will be an absolute pleasure to work with him as a volunteer with our team.

Please feel free to contact me @ 7324309020 or leadbyexample12@gmail.com.

Respectfully,

*Antonio Hendrickson*
Antonio Hendrickson
LBE & RTT Inc.
Founder & CEO

EXH  10


 

leadbyexample12@gmail.com

# METROPOLITAN CORRECTIONAL CENTER
## NEW YORK

### CERTIFICATE OF COMPLETION

AWARDED TO

*Rushun Brown*

**77834-054**

For participation and completion of

***Lead By Example***
***&***
***Reverse the Trend***

Awarded this 10th day of November, 2016

*Antonio Hendrickson*
Antonio Hendrickson, Founder
Lead by Example & Reverse the Trend



BP-S561.073 **PRE-TRIAL INMATE REVIEW REPORT**
CDFRM
DEC 94
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| | | |
|---|---|---|
| NYM | | 7 |
| Institution | | Unit |
| Brown, R. | 77834-054 | 11/22/16 |
| 1. Name | 2. Reg. No. | 3. Date |

4. Initial Pre-Trial Review Date _____  5. Inmate Present (Yes)/No

6. Key Indicators/Considerations: The following items were considered or reviewed during your Pre-Trial Review.

| | | | |
|---|---|---|---|
| Separation Needs | REVIEWED/CURRENT | Media Interest | INITIAL/CURRENT/UNK/NONE |
| Work | UNASSG | Counseling | UPON REQUEST |
| Quarters | G-6 747U | Detainers | YES/NO/UNK |
| Intake Screening & other Pre-trial notification forms | COMPLETED | Behavioral Adjustment Custody | good IA |
| Education/VT | GED HAS/NEEDS  ESL HAS/NEEDS | Mental/Physical Health | good/good |
| Religious Programming | Ch Christ | Visiting | PEND/ACTIVE/INACTIVE |
| Recreation | PART | | |
| Court Status | A-PRE/ PLED GUILTY 8/2/16 | Bail Status | No Ry. |

Federal Charge: Ntu Consp

Narc Dist

7. Next Court Date: 1/5/17 w/sent   8. Asst U.S. Atty: UNK
                   PSI Complt

9. Team Comments: (To include changes in present status) Positive lifestyle program, recreation roof and unit exercise program, unit based programs, leisure activities, library services, religious programs and participate in work programs.
Comltd Lead By Example/Reverse The Trend Pgm 11/2016
Comltd & Currant [illegible] MCC NY Pro & Positive Lifestyle Pgm.

Date of next review: 2/14/17

10. Signatures:
_____       X R Brown                    11/22/16
Team Chairperson, A. E. Santiago, CSW        Inmate              Date
                                   407/408 REVIEWED AND CURRENT

cc: Inmate
    File

(THIS FORM AMY BE REPLICATED VIA WP)

**SECTION 2**

FILE IN SECTION 2 UNLESS APPROPRIATE FOR PRIVACY FOLDER

Exh 11

BP-S561.073 **PRE-TRIAL INMATE REVIEW REPORT**
CDFRM
DEC 94
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| | | |
|---|---|---|
| NYM | | 7 |
| Institution | | Unit |
| Brown, R. | 77834-054 | 9/1/16 |
| 1. Name | 2. Reg. No. | 3. Date |

4. Initial Pre-Trial Review Date _____    5. Inmate Present (Yes/**No**)

6. Key Indicators/Considerations: The following items were considered or reviewed during your Pre-Trial Review.

| | | | |
|---|---|---|---|
| Separation Needs | REVIEWED/CURRENT | Media Interest | **INITIAL**/CURRENT/UNK/NONE |
| Work | Unasse | Counseling | UPON REQUEST |
| Quarters | 06 747U | Detainers | YES/**NO**/UNK |
| Intake Screening & other Pre-trial notification forms | COMPLETED | Behavioral Adjustment Custody | good ft |
| Education/VT | GED HAS/**NEEDS** ESL **HAS**/NEEDS | Mental/Physical Health | good/good |
| Religious Programming | Ch Christ | Visiting | PEND/**ACTIVE**/INACTIVE |
| Recreation | PART | | No hx |
| Court Status | **PRE**/PLED GUILTY 8/5/16 W/SENT 4/12/16 | Bail Status | |
| Federal Charge: | NARC CNSY | | |
| | NARC DIST | | |

7. Next Court Date: 11/22/16 W/SENT W/PSI REV.        8. Asst U.S. Atty: unk

9. Team Comments: (To include changes in present status) Positive lifestyle program, recreation roof and unit exercise program, unit based programs, leisure activities, library services, religious programs and participate in work programs.

10. Signatures:                                    Date of next review:    11/29/16
_____                X R. Brown                           9/1/16
Team Chairperson, F. Olivares, CSW        Inmate                         Date
                                         407/408 REVIEWED AND CURRENT

cc: Inmate
    File

(THIS FORM AMY BE REPLICATED VIA WP)

FILE IN SECTION 2 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 2**

BP-S561.073  PRE-TRIAL INMATE REVIEW REPORT
CDFRM
DEC 94
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| | | |
|---|---|---|
| **NYM** Institution | | **7** Unit |
| 1. Name: Brown, Rushan | 2. Reg. No.: 77834-054 | 3. Date: 6/27/16 |

4. (Initial) Pre-Trial Review Date    5. Inmate Present (Yes)/No

6. Key Indicators/Considerations: The following items were considered or reviewed during your Pre-Trial Review.

| | | | |
|---|---|---|---|
| Separation Needs | REVIEWED/CURRENT | Media Interest | NY PAPERS + TV NEWS (INITIAL)/CURRENT/UNK/NONE |
| Work | G-6 7474 UNASSG | Counseling | UPON REQUEST |
| Quarters | G-6 747 4 | Detainers | YES/(NO)/UNK |
| Intake Screening & other Pre-trial notification forms | COMPLETED | Behavioral Adjustment Custody | Good/In |
| Education/VT | GED HAS/(NEEDS) ESL (HAS)/NEEDS | Mental/Physical Health | Good/Ps. HBP |
| Religious Programming | Ch Christ | Visiting | (PEND)/ACTIVE/INACTIVE |
| Recreation | PART | | |
| Court Status | (PRE)/PLED GUILTY | Bail Status | PEND |

Federal Charge: Narc Consp / Narc Dist

7. Next Court Date: UNK         8. Asst U.S. Atty: UNK

9. Team Comments: (To include changes in present status) Positive lifestyle program, recreation roof and unit exercise program, unit based programs, leisure activities, library services, religious programs and participate in work programs.

10. Signatures:                          Date of next review: 9/27/16
    [signature] Team Chairperson, F. Olivares, CSW
                                         X R. Brown                 6/27/16
                                         Inmate                     Date
                                         407/408 REVIEWED AND CURRENT

cc: Inmate
    File                                 Alicia Peok (mother)
                                         114 Valentine St. #15
(THIS FORM AMY BE REPLICATED VIA WP)     Mt. Vernon, NY 10550
                                         (914) 433-8851

FILE IN SECTION 2 UNLESS APPROPRIATE FOR PRIVACY FOLDER           **SECTION 2**