UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          15 CR 95-039 (AJN)

RUSHAUN BROWN,

        Defendant.
----------------------------------X

**SUPPLEMENT TO SENTENCING MEMORANDUM ON
BEHALF OF RUSHAUN BROWN**

                      Joseph A. Vita, Esq.
                      Attorney for RUSHAUN BROWN
                      327 Irving Avenue
                      Port Chester, New York 10573
                      (914)939-5401

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
327 Irving Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-690-2007

Via ECF

December 29, 2016

Honorable Alison J. Nathan
United States District Court Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  United States v. Rushaun Brown; 15 CR 95 (AJN)

Dear Judge Nathan:

    To supplement the defense sentencing submission on behalf of my client, RUSHAUN BROWN, I have attached a sentencing letter received today from his Aunt, Stephanie Peak.

Respectfully submitted,

*/s/ Joseph A. Vita*

Joseph A. Vita

cc:  AUSA Rachel Maimin, Esq.
     via ECF

Mount Vernon NY 10550

December 28, 2016.

Dear Your Honor,

My name is Stephanie Peak and I am the aunt of Rushaun Brown the young man appearing before you in court.

Your Honor I am not writing to convince you that my nephew is a perfect being nor am I trying to say he is without blame or fault standing before you.

Your Honor I raised my nephew side by side with his mother Alicia Peak and my nephew is a very caring, loving, respectful human being who walks around with a good heart.

Your Honor I know he has made wrong choices and as a result of those choices he is now behind bars looking to be sentence but today I am writing and begging for leniency on his sentencing.

Rushaun admitted to me and his mother that he had made some terrible

mistake and is sorry. He promised us that this will never happen again all he needs is a second chance to come home to his family and most importantly his three children and your Honor I believe him.

Your Honor I believe Rushaun is ready to put this all behind him and start over afresh. He told me and his mom that he wants to do a trade so he can get a job to take care of his children. Rushaun loves and care for his children and is looking forward to raise them. So Your Honor all I am asking this one time is leniency so that he will be able to raise his children. Rushaun's youngest child Chyree will be celebrating his 1st birthday on January 6, 2017 a day after Rushaun's sentencing and the thought of my nephew not being around to celebrate with his son is heartbreaking.

Your Honor I thank you for accepting and reading this letter on my nephew and family behalf. I hope you will find it in your heart to consider my request for leniency and grant it. Thanks in advance for your help.

Sincerely
S. Peak
Stephanie Peak